UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JESSIE HILL, ADC #104136                                               PETITIONER

V.                    NO. 5:18-CV-00219-JLH-JTR

WENDY KELLEY, Director,
Arkansas Department of Correction                                      RESPONDENT

## JUDGMENT

Pursuant to the Order entered separately today, Jessie Hill's petition for writ of habeas corpus is denied without prejudice.

DATED this 9th day of October, 2018.

*J. Leon Holmes*
UNITED STATES DISTRICT JUDGE